IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

FREDRICK GOREE                                                                            PLAINTIFF

VS.                                            CASE NO. 06-CV-1039

GEORGIA-PACIFIC CORPORATION                                              DEFENDANT

## JUDGMENT

Before the Court is a Motion to Dismiss for Failure to Prosecute or, in the Alternative, Motion for Summary Judgment filed on behalf of the Defendant Georgia-Pacific Corporation. (Doc. No. 10). The Plaintiff has not responded to the motion. Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Motion for Summary Judgment should be and hereby is **granted**. The Plaintiff's claim against Defendant Georgia Pacific Corporation is hereby **dismissed** with prejudice.

IT IS SO ORDERED, this 18th day of June, 2007.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge